FILED IN CLERK'S OFFICE
U.S.D.C. -Gainesville

OCT -1 2012

JAMES N. HATTEN, Clerk
By: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
(GAINESVILLE DIVISION)

| | |
|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CHARLES M. MILLER; TRENT D. )<br>FRICKS; and the FEDERAL DEPOSIT )<br>INSURANCE CORPORATION, as )<br>Receiver for COMMUNITY BANK & )<br>TRUST of Cornelia, Georgia, )<br>)<br>Defendants. )<br>) | Case No: 2:12-cv-225-WCO |

## CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ST. PAUL MERCURY INSURANCE COMPANY

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant St. Paul Mercury Insurance Company, by and through the undersigned counsel states as follows:

St. Paul Mercury Insurance Company is wholly owned by St. Paul Fire & Marine Insurance Company, which is wholly owned by The Travelers Companies, Inc. ("Travelers"). Travelers is the only publicly held company in the corporate family. No publicly held company owns ten percent or more of the stock of Travelers.

2

Dated: ~~September~~ October /, 2012

Respectfully submitted,

Frederick E. Link (Bar No. 453150)
HARTNESS & LINK, P.C.
620 Spring Street
Gainesville, Georgia 30501
Tel: (770) 535-7000
Fax: (770) 531-9491
Freddie.Link@bellsouth.net

*Counsel for Plaintiff*
*St. Paul Mercury Insurance Company*

2