## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## (GAINESVILLE DIVISION)

| | | |
|---|---|---|
| ST. PAUL MERCURY INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No: 2:12-cv-00225-RWS |
| CHARLES M. MILLER; TRENT D. FRICKS; and the FEDERAL DEPOSIT INSURANCE CORPORATION as RECEIVER for COMMUNITY BANK & TRUST of Cornelia, Georgia, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff St. Paul Mercury Insurance Company and defendants Charles M. Miller, Trent D. Fricks, and the Federal Deposit Insurance Corporation, as Receiver for Community Bank & Trust of Cornelia, Georgia, hereby stipulate to the dismissal of this action with prejudice with each party bearing their own fees and costs.

s/Thomas J. Judge
Thomas J. Judge
Loss, Judge & Ward, LLP
Hamilton Square
600 14th Street, NW, Suite 450
Washington, D.C.  20005
Tel: (202) 778-4060
Fax: (202) 778-4099
Email: tjudge@ljwllp.com

*Counsel for Plaintiff St. Paul*
*Mercury Insurance Company*

s/J. Douglas Stewart
J. Douglas Stewart, Sr.
Stewart Melvin & Frost, LLP
200 Main Street, 6th Floor
Gainesville, GA 30503
Tel: (770) 536-0101
Fax: (770) 532-2171
dstewart@smf-law.com

Steven L. Hoard (pro hac vice)
MULLIN HOARD & BROWN, LLP
500 S. Taylor Street, Suite 800
Amarillo, Texas 79120
Tel: (806) 372-5050
Fax: (806) 372-5086
shoard@mhba.com

Andrew Reidy (*pro hac vice*)
LOWENSTEIN SANDLER LLP
2200 Pennsylvania Avenue NW, Suite 500-E
Washington, DC 20037
sreidy@lowenstein.com
Tel:  (202) 753-3752
Fax:  (973) 597-6193

*Counsel for Defendant*
*Federal Deposit Insurance*
*Corporation as Receiver for Community Bank & Trust, Cornelia, Georgia*

s/Julie A. Lierly
Julie A. Lierly
Kilpatrick, Townsend & Stockton, LLP
Suite 2800
1100 Peachtree Street NE
Atlanta, Georgia  30309-4528
Tel: (404) 815-6341
Fax: (404) 541-3281
jlierly@kilpatricktownsend.com

*Counsel for Defendants Charles M. Miller*
*and Trent D. Fricks*

## CERTIFICATE OF SERVICE

I hereby certify that, on November 20, 2015, I served the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE to the following counsel through the CM/ECF system, which will send a copy electronically to:

J. Douglas Stewart, Esq.
dstewart@smf-law.com
Stewart, Melvin & Frost, LLP

Steven L. Hoard, Esq.
shoard@mhba.com
Mullin Hoard & Brown

Julie A. Lierly, Esq.
jlierly@kilpatricktownsend.com
Kilpatrick Townsend & Stockton, LLP

Andrew M. Reidy, Esq.
areidy@lowenstein.com
Lowenstein Sandler, LLP

Gregory R. Veal, Esq.
grv@boviskyle.com
David A. Harris, Esq.
dah@boviskyle.com
Bovis, Kyle, Burch & Medlin, LLC

- 4 -

Dated: November 20, 2015

   s/Thomas J. Judge
Thomas J. Judge (*pro hac vice*)
LOSS, JUDGE & WARD, LLP
Hamilton Square
600 14th Street, NW, Suite 450
Washington, D.C. 20005
Tel: (202) 778-4060
Fax: (202) 778-4098
tjudge@ljwllp.com

*Counsel for Plaintiff*
*St. Paul Mercury Insurance Company*